UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN JEROME HILL, | ) | CASE NO. CV 10-03957 JVS (RZ) |
| Petitioner, | ) | |
| | ) | ORDER – |
| vs. | ) | 1. ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE; and |
| LARRY SMALLS, WARDEN, | ) | |
| Respondent. | ) | 2. DENYING DEC. 19, 2011 "MOTION NOT TO ADOPT" |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. Specifically, the Court has reviewed not only Petitioner's "Objections" to the Report but also his December 19, 2011 "Motion Not To Adopt" the Report.

The Court accepts the findings and recommendations of the Magistrate Judge. Accordingly, the Court DENIES Petitioner's Motion Not To Adopt the Report.

DATED: January 17, 2012

*[signature]*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE