**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JEROME HILL,<br><br>   Petitioner,<br><br> vs.<br><br>LARRY SMALLS, WARDEN,<br><br>   Respondent. | CASE NO. CV 10-03957 JVS (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of KEVIN JEROME HILL, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 17, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE